# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0296

VERSUS

THEODIS GUILLORY

**APRIL 22, 2021**

---

In Re:    Theodis Guillory, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-14-0418.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's office reflect that the district court acted on relator's motion to dismiss on September 30, 2020.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT